## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JOSE HERNANDEZ and CATHERINE
WALKER, as Co-Personal Representatives
of the Estate of CHRISTOPHER D.
HERNANDEZ, deceased,,

                          Plaintiff,

-vs-                                             Case No.  2:07-cv-149-FtM-34SPC

RYAN TREGEA, in his official capacity as Collier
County Corporal, RON KELLY, in his official
capacity as Collier County Corporal, GEORGE
HRUBOVCAK, in his official capacity as Collier
County Deputy, RONNY TURI, in his official
capacity as Collier County Deputy, PETEMEDINA,
in his official capacity as Collier County Corporal,
DON HUNTER, individually, DON HUNTER, in
his official capacity as Collier County Sheriff,
COLLIER SHERIFF'S OFFICE and COLLIER
COUNTY,,

                          Defendant.
_____/

## ORDER

      This matter comes before the Court on the Defendants Ryan Tregea, Ron Kelly, George Hrubovak, Ronny Turi, Pete Medina, Don Hunter, Collier County Sheriff's Office and Collier County's Motion to Exceed Deposition Limit (Doc. #41) filed on May 10, 2007.  Counsel seeks permission to exceed the limit of ten (10) depositions imposed by Fed. R. Civ. P. 30(a)(2)(A) and Local Rule 3.02(b).  The Rule clearly establishes that more than ten depositions may be taken by mutual agreement of the parties, however, the Local Rules limits the number of depositions to ten (10) depositions per side unless authorized by the Court. In Re Complaint of Moboro Marine, Inc., 2003 WL 22006257 (M.D. Fla. March 24, 2003) (citing M.D. Fla. Local Rule 3.02(b)).

As grounds for the enlarged deposition limit, the Defendants state there are numerous witnesses and individual with knowledge of the incident. Specifically the Defendants states there are seven (7) civilian eye witnesses, three (3) fire personnel and at least ten (10) medical providers who have information about the Decedent's arrest and treatment, as well as three (3) medical examiners, and one toxicologist who need to be deposed. In addition to those witnesses, the Defendant plans on calling at least two (2) expert witnesses to testify. As such, the Defendants request the deposition limit be increased to at least twenty-five (25). Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendant conferred with the Plaintiff who agrees with the enlargement and requests twenty-five (25) depositions for the Plaintiffs as well.

After review of the Motion, the Parties did not present sufficient grounds to increase the deposition limit to twenty-five (25) for each side. It appears that many of the witnesses may have redundant information and therefore, their depositions would be cumulative. However, the Court will allow five additional depositions for each party for a total of fifteen (15).

Accordingly, it is now

**ORDERED:**

The Defendants Ryan Tregea, Ron Kelly, George Hrubovak, Ronny Turi, Pete Medina, Don Hunter, Collier County Sheriff's Office and Collier County's Motion to Exceed Depostion Limit (Doc. #41) is **GRANTED**. Each Party will be allowed fifteen (15) depositions each.

**DONE AND ORDERED** at Fort Myers, Florida, this ___15th___ day of May, 2007.

*SHERI POLSTER CHAPPELL*
UNITED STATES MAGISTRATE JUDGE

\Copies: All Parties of Record